# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELFINO FLORES-CORTES,

Petitioner,

v.

BRUCE SCOTT, Warden of the Northwest ICE Processing Center, and MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,

Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER. 2:26-cv-04483-TL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for Writ of Habeas Corpus (Dkt. No. 1) is GRANTED with the relief ordered at Dkt. No. 8.

Dated November 23, 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk